UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ROMELLE ROSS,

    Petitioner-Appellant,

v.                                            Case No. 16-cv-113

UNITED STATES OF AMERICA,

    Respondent-Appellee.

---

## NOTICE OF APPEAL

Romelle Ross, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) & 4(a)(1)(B) that he appeals the order denying his petition under 28 U.S.C. § 2255, which was imposed on May 6, 2016, in the United States District Court for the Western District of Wisconsin, the Honorable Barbara B. Crabb presiding. Mr. Ross takes this appeal to the United States Court of Appeals for the Seventh Circuit.

The district court issued a certificate of appealability pursuant to 28 U.S.C. § 2253 & Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2255 petition.

With this notice of appeal, Mr. Ross also files the docketing statement required by Circ. Rule 3 (7th Cir.), combined with a Cir. Rule 26.1 disclosure statement. Mr. Ross also files a motion to proceed *in forma pauperis* on appeal.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Madison, Wisconsin, June 27, 2016.

> Respectfully submitted,
> Romelle Ross, Appellant
>
> /s/ Shelley M. Fite
> Shelley M. Fite

FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Shelley_fite@fd.org

## CERTIFICATE OF SERVICE

     I hereby certify that I caused a true and correct copy of the foregoing to be served by the Court's CM/ECF System to Assistant United States Attorney Alice H. Green, this 27th day of June, 2016.

> /s/ Shelley M. Fite
> Shelley M. Fite